No. 127. ROBB ET AL. *v.* NOXON CHEMICAL PRODUCTS CO., INC., ET AL.; and
No. 128. LECKIE ET AL. *v.* SAME. October 13, 1930. Petition for writs of certiorari to the Circuit Court of

Appeals for the Third Circuit denied. *Messrs. John W. Davis* and *Clement K. Corbin* for Robb et al. *Mr. Maximilian M. Stallman* for Leckie et al. *Mr. James F. Meagher* for respondents. Reported below: 39 F. (2d) 318.